FILED
03/20/2023
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RICHARD MCATEE, Defendant. | VIOLATION: FATF001M Location Code: M9GF ORDER |
|---|---|

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the initial appearance in this case currently scheduled for April 6, 2023 or April 13, 2023 is **VACATED and RESCHEDULED** for 9:00 a.m. on June 8, 2023, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 20th day of March, 2023.

John Johnston
United States Magistrate Judge