## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-23-05034-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **FATF001M** |
| **vs.** | **Location Code: M9GF** |
| **RICHARD MCATEE,** | **ORDER** |
| **Defendant.** | |

The United States of America filed a motion to dismiss without prejudice the above-captioned citation and to vacate the bench trial before this Court on April 25, 2024 at 9:00 a.m. at the Missouri River Courthouse in Great Falls, Montana. For good cause appearing, **IT IS ORDERED** that the above-captioned violation is **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that the bench trial is **VACATED.**

DATED this 18th day of April, 2024.

_____
John Johnston
United States Magistrate Judge